CHARLES E. BRUNDAGE AND EDNA T. BRUNDAGE, PLAINTIFFS-APPELLANTS, v. THE TOWNSHIP OF RANDOLPH, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY; FRANK THORBURN, BUILDING INSPECTOR OF THE TOWNSHIP OF RANDOLPH; AND THE PLANNING BOARD OF THE TOWNSHIP OF RANDOLPH, DEFENDANTS-RESPONDENTS.

Argued September 15, 1959—Decided September 28, 1959.

*Mr. Milton A. Dauber* argued the cause for the appellant (*Messrs. Carpenter, Bennett & Morrissey,* attorneys).

*Mr. Harry L. Sears* argued the cause for the respondents (*Messrs. Young & Sears,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed by Judge Freund in the court below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices BURLING, JACOBS, FRANCIS, PROCTOR and SCHETTINO—6.

*For reversal*—None.